```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABETH HASHIMI,

       Plaintiff,

  -against-

DIVAN INC., et al.,

       Defendants.

19-CV-10984 (PAE) (BCM)

**ORDER TO SHOW CAUSE**

**BARBARA MOSES, United States Magistrate Judge.**

    WHEREAS, plaintiff filed this action on November 27, 2019 (Dkt. No. 1);

    WHEREAS, more than 90 days have elapsed since plaintiff commenced this action, and yet plaintiff has not filed any proof of service on the defendants;

    WHEREAS, pursuant to Fed. R. Civ. P. 4(m), if "a defendant is not served within 90 days after the complaint is filed" then the court "must dismiss the action without prejudice against that defendant," unless plaintiff can show "good cause" for his failure to effect service.

    NOW THEREFORE, it is hereby ORDERED that plaintiff shall SHOW CAUSE in writing, no later than **April 1, 2020**, why his complaint should not be dismissed pursuant to Rule 4(m) for failing to serve defendants within 90 days.

Dated: New York, New York
       March 18, 2020

                      **SO ORDERED**.

                      */s/ Barbara Moses*

                      **BARBARA MOSES**
                      **United States Magistrate Judge**